IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge John L. Kane

Civil Action No.   **11-cv-01295-AP**

**MARK W. LAUGHLIN,**

       Plaintiff,

v.

**MICHAEL J. ASTRUE, Commissioner of Social Security,**

       Defendant.

## ORDER

Kane, J.

The Stipulated Motion for an Award of Attorney Fees Pursuant to the Equal Access to Justice Act, (doc. #19), filed January 18, 2012, is **GRANTED**.  In consideration thereof, it is

**ORDERED** that the Defendant pay to Plaintiff, through counsel, reasonable attorney fees and expenses in the amount of **$4,024.12**.

Dated at Denver, Colorado, this 18th day of January, 2012.

                                           BY THE COURT:

                                           *S/John L. Kane*
                                           JOHN L. KANE, SENIOR JUDGE
                                           UNITED STATES DISTRICT COURT